UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| COREY MARSHALL, | NOTICE <u>OF APPEARANCE</u> |
| Plaintiff. | |
| | Civil Action No. |
| v. | 22-cv-0066 |
| MERRICK GARLAND, | |
| Attorney General of the United States, | (Block, S.J.) |
| | (Bulsara, M.J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, KIMBERLY A. FRANCIS, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as attorney for the defendant MERRICK GARLAND, United States Attorney General.   The undersigned certifies that she is admitted to practice in this Court.

Dated: Brooklyn, New York
      May 25, 2022                                                    Respectfully submitted,

                                                  BREON PEACE
                                                  UNITED STATES ATTORNEY

                                  By:   <u>s/ Kimberly A. Francis</u>
                                                KIMBERLY A. FRANCIS
                                                Assistant United States Attorney
                                                271 Cadman Plaza East, 7th Floor
                                                Brooklyn, NY 11201
                                                (718) 254-6147
                                                Kimberly.Francis@usdoj.gov

cc:    Joshua Pepper (by ECF)
         *Counsel for Plaintiff*